# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KEVONTAY BARNES                                                           PLAINTIFF

v.                                 4:21CV00434-JM-JTK

ASHCRAFT                                                          DEFENDANTS

## **ORDER**

Barnes has not responded to the Court's May 27, 2021 Order directing him to pay the $402 filing fee for this action or file a complete Motion to Proceed <u>in</u> <u>forma</u> <u>pauperis</u>, within thirty days (Doc. No. 3). Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute.[1]

An appropriate Judgment shall accompany this Order.

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

IT IS SO ORDERED this 13th day of July, 2021.

                                              _____
                                              JAMES M. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE