UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVONTAY BARNES                                                              PLAINTIFF

v.                                    4:21CV00434-JM-JTK

ASHCRAFT                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 13th day of July, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE